UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANCIQUE POUCHON,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden,

Respondent.

Case No.:  26-cv-3881-RSH-JLB

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

On July 6, 2026, petitioner Francique Pouchon filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1.

Title 28 of the U.S. Code, Section 2241, provides that "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." 28 U.S.C. § 2241(a). A detainee bears the burden of demonstrating that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Rule 4 of the Rules Governing Section 2254 Cases in the U.S. District Courts (the "Habeas Rules") requires summary dismissal of a federal habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." *See also* Habeas Rule 1(b) (permitting district courts to apply Habeas Rules to Section 2241 habeas

1

proceedings); *Lane v. Feather*, 584 F. App'x 843, 843 (9th Cir. 2014) (affirming district court's application of Habeas Rule 4 to dismiss Section 2241 petition).

This is Petitioner's fourth habeas petition filed in recent months. *See* Case No. 26-cv-1126 (petition filed Feb. 20, 2026; petition granted and bond hearing ordered on Mar. 12, 2026); Case No. 26-cv-2304 (petition filed Apr. 15, 2026; dismissed on Apr. 16, 2026); Case No. 26-cv-2722 (petition filed Apr. 30, 2026). The third petition remains pending. Petitioner's fourth petition is duplicative of his third, and indeed, includes much of the same language verbatim. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-1118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (citation omitted) (affirming dismissal of a later-filed duplicative lawsuit).

Accordingly, the Court **DISMISSES** the Petition in the instant case without prejudice to Petitioner's pursuit of relief in his other pending habeas case, No. 26-cv-2722. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: July 8, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-3881-RSH-JLB